NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRELESS DISCOVERY LLC,**
*Plaintiff-Appellant*

**v.**

**THE MEET GROUP, INC., EHARMONY, INC.,**
*Defendants-Appellees*

---

2023-1582, 2023-1586

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:22-cv-00480-GBW, 1:22-cv-00484-GBW, Judge Gregory Brian Williams.

---

## JUDGMENT

---

NAGENDRA SETTY, Setty Chachkes PLLC, Seattle, WA, argued for plaintiff-appellant. Also represented by ALEX V. CHACHKES, New York, NY; WILLIAM PETERSON RAMEY, III, Ramey LLP, Houston, TX.

DOUGLAS A. GRADY, Baker & Hostetler LLP, Seattle, WA, argued for defendants-appellees. Also represented by KEVIN PATRICK FLYNN, Cincinnati, OH; JEFFREY J. LYONS, Wilmington, DE; ANDREW SAMUELS, Columbus, OH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2024
Date

Jarrett B. Perlow
Clerk of Court